**No. 68734.**—Panation Trade Co. *v.* United States, protest 63/254 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of the plaintiff was sustained.

AUGUST 7, 1964

**No. 68735.**—E. Dillingham, Inc., and Walters Axe Co., Inc. *v.* United States, protests 61/24855 and 61/24835.— Plaintiffs' application for rehearing granted.

**No. 68736.**—J. J. Import Corporation *v.* United States, protests 63/20476 and 63/20477. Protests dismissed June 8, 1964. (Not published.) Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, AUGUST 18, 1964

**No. 68737.**—Labels Unlimited, Inc., et al. *v.* United States, protests 61/20720, etc. (Tampa).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.